COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS


 
 
  
 ERICA JAMES,
  
                             Appellant,
  
 v.
  
 CASH
 AMERICA, INC.,
  
                            
 Appellee.
 
 
  
   '
     
   '
     
   '
     
   '
     
   '
     
  '
 
  
 
 
  
  
                   No. 08-12-00249-CV
  
 Appeal from the
  
 County
 Court at Law Number 3
  
 of El
 Paso County, Texas
  
 (TC# 2012-DCV-03962)
  
 
 


MEMORANDUM
OPINION

 

Pending before the Court is Appellant’s
motion to dismiss this appeal pursuant to Tex.
R. App. P. 42.1(a)(1).  Appellant
represents that she no longer wishes to pursue the appeal and requests this
Court enter an order dismissing the appeal. 
Appellee does not oppose the motion, and there is no indication that
dismissal would prevent Appellee from seeking the relief to which it would
otherwise be entitled.  See Tex.
R. App. P. 42.1(a)(1).  We
therefore grant Appellant’s motion and dismiss the appeal.  Because the motion does not indicate the
parties have agreed otherwise, costs will be taxed against Appellant.  See Tex. R. App. P. 42.1(d).

 

                                                                        GUADALUPE
RIVERA, Justice

 

January 30, 2013

 

Before McClure, C.J., Rivera, and Rodriguez, JJ.